*Original copy*

FILED
2018 MAR 26 A 9:41
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

| | |
|---|---|
| 1 Your Name: | Mr. John Andrew Hassel |
| 2 Address: | 150 Otis Street, Apt. 505, S.F., Ca. 94103 |
| 3 Phone Number: | 415.558.8589-Tel. |
| 4 Fax Number: | 415.967.6490 |
| 5 E-mail Address: | purpleandgold568@gmail.com |
| 6 Pro Se Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mr. John Andrew Hassel,

Plaintiff,

vs.

Monique Crossley, Bldg. & Prop. Mgr.,

et al,

Defendant.

Case Number *[leave blank]* CV 18 1839 DMR

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes [ ]   No [✓]

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Mr. John Andrew Hassel

Address: 150 Otis Street, Apt. 505, S.F., Ca. 94103

Telephone: 415.558.8589

COMPLAINT
PAGE 1 OF 6   [*JDC TEMPLATE – Rev. 05/2017*]

*Original copy*

-2-

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Monique Crossley, Bldg. & Prop. Mgr., Swords-to-Plowshares
Address: 150 Otis Street Ste. 108, 1st.lobby level, S.F., Ca. 94103
Telephone: 415.967-6480 ext. 108

Defendant 2:
Name: _____
Address: _____
Telephone: _____

Defendant 3:
Name: _____
Address: _____
Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✔] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] HUD, Title 24 eCFR-ss-(5.609)(c)(16)and (17.)).
_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 6   [*JDC TEMPLATE – Rev. 05/2017*]

*Original copy*

-3-

# VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   [✔] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [✔] at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in **San Francisco** County, it should be assigned to the **San Francisco** Division of this Court.

# STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6.) The tenant is 'Developmentally and Catastrophically Disabled','under the HUD / VASH Voucher Program is entitled to the exclusion of the resources from counting as 'Gross Income','when determining eligibility for VA domicillary care'!

7.) The tenant-veteran has requested upon each annual re-certification to be granted the reasonable accomodations for the Enhanced Minimum Rent of $ 0.0 /mo.(HUD-50058.)

COMPLAINT
PAGE 3 OF 6   *[JDC TEMPLATE – Rev. 05/2017]*

*Original copy*

-4-

8.)'The Tenant was givien an Informal Hearing,in Sept. 2016','the Hearing Officer,Luara Goldin,did not afford an adequate review of the circumstances raised in session,about the constant increases in rent,not affording exclusions of the resources..?

9.)' I asked for informal hearing again on: 1/20/17', and have not been afforded reply..?

. (See R.B.A., Ex.-[Gmail's],Notice of Action's and Replie's)

10.)'I tried to maintain communications with the HUD staff & STP Bldg. & Property Mgr's.', my last attempt to enforce HUD and Other Federal regulations by email to Monique Cross--ley,Bldg. & Prop. Mgr. was on:07/08/17, via email's',with no reply as of yet..'!?

11.)'I've also, asked several HUD/ VASH Case Mgr's for thier mediation assistance with the dispute for ,'No Rent To Pay','all of them claimed Neutral Stand's,'No authority over the landlord rent agreement or lease violation's..'!!?

(See Ex-[HUD / VASH Cse. Mgr's Involved Listed )

12.)'Furthermore,the HUD / VASH ,Nick Madsen,Case Bldg. Supv.','has been informed of the breach-of-contract found in the VA Medical Benefits Package,which provide 'Domicilliary Care',or the provision of permanent residence for the Veteran disabled','under: ['D.V.A. Title 38 eCFR-ss-(17.47)(c))(2018) and HUD Title 24-eCFR-ss-(8.24).'].

13.)'Because the landlord has refused to afford the reasonable accomodations to the Tenant-Veteran-Sr.-Disabled is suffering from financial stress, and embarassment'.

14.)'Hence,the Defendant'(s) has violated the Federal regulations for more than five(5-yr.s) since the date of lease on:11/19/12,and should refund all rent ,deposits paid,and damages.'

//
//

COMPLAINT
PAGE 4 OF 6   [JDC TEMPLATE – Rev. 05/2017]

Original copy

-5-

# CLAIMS

## First Claim

(*Name the law or right violated*: HUD Title 24-eCFR-ss-(5.609)(c)(16)and (17.))

(*Name the defendants who violated it*: Monique Crossley, Bldg. & Prop. Mgr., S.T.P.)

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

15.)'HUD Title 24-eCFR-ss-(5.609)(c)(16.)and (17.), provides that the annual income does not include : sbdv.(c)(16)..['a]mounts paid by a State for a person with a Dev--elopmental disability living at home to offset the costs of daily expenses', and sbdv.(c)(17) provides amounts required excluded by any other Federal statute'..ie:['SSA Title 20 eCFR--ss-(416.1210)(w)(1)and (2));'which provides for the exclusion of Veterans ,and Social Security Benefits (RSDI and SSI) from counting as income'!

16.)'The Defendant'(s) did viloate the HUD regulation, upon each annual re-certification noting the HUD / VASH Voucher provides the at least minimum rent can be set forth using the exclusions from income at $0.0 /mo. or the Minimum Rent at $25.00 /mo.

//

COMPLAINT
PAGE 5 OF 6   [JDC TEMPLATE- 05/17]

*Original Copy*

-7-

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

17.)'I'm asking the court to enforce the HUD and other Federal laws in support of a full refund of all rent and deposit paid to to Swords-to-Plowshares'; in the amount of :[$ 16,000.00 ],from :11/19/12-to-03/31/18.'?

18.)'Due to the ommission to act on the part of the S.T.P. Bldg. and Prop. Mgr's the tenant-veteran was harmed,whereby causing financial stress and embarassment','the court must grant Treble Damages in the amount of :[$48,000.00 ].

19.)'The Veteran should be granted HUD /VASH Voucher indicating the Enhanced Minimun Rent TTP $0.0 /mo. Indefinitely,to use to transfer to 1Bdrm. apt. asap..'!

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 03/16/18   Sign Name: *Mr. J.A. Hassel /Plaintiff*

Print Name: Mr. John Andrew Hassel

COMPLAINT
PAGE 6 OF 6   *[JDC TEMPLATE– 05/17]*

Mr. John Andrew Hassel
Veteran Commons 150 Otis Street, Apt. 505, 5th.-fl.
San Francisco, California 94103.
415.558.8589-Tel. / 415.967.6490-Fx. -@-S.T.P.
Email:['purpleandgold568@gmail.com']
In Pro Per, Pro Se, Plaintiff-Tenant-Veteran-Sr.-Disabled.

*Original copy*

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO COUTNY.

| | |
|---|---|
| Mr. John Andrew Hassel, ) | CASE # _____ |
| ...Plaintiff-Tenant , ) | 'Notice of Declaration's by Mr. J.A. Hassel ','in support of ['Notice |
| ) | of Appeal, Amended Memorandum of Points, Table of Authorities','CD/R discs'; |
| ---['Vs.']--- ) | version of SFHA Informal Hearing','prepared on CD/R approx. 225 MB'. |
| ) | Date:____/____/____. |
| Monique Crossley, Bldg. & Prop. Mgr., ) | Time:[_____] |
| Swords-to-Plowshares, et al , ) | Place:['450 Golden Gate Ave. 16th.-fl. Clerks Office']; |
| Defendant'(s). ) | San Francisco, California 94102. 415.522-2000 |
| ) | Honorable :['_____']. |

*** *** ['DECLARATIONS BY MR. J.A.HASSEL,IN PRO PER,PRO SE PLAINTIFF-TENANT-VETERAN']*** ***
============================================================================

...'Introduction':...'[I] Mr. John Andrew Hassel,declare as follows':
............(1.)'[I]m the Plaintiff-Tenant-Veteran-Sr._Disabled in this civil action now before the U.S.D.C.'.
............(2.)'[I] make the following declarations based upon encounters with the Veterans Commons Staff,S.F.H.A. Staff';
............HUD / VASH Case Mgr's Staff,'inre:'Tenant Grievance not affording reasonable accomodations of rent free occupancy'.
............(3.)'[P]laintiff , has prepared on CD/R disc.,new and material admissible evidence in support of claims for refund of rents
............paid,issuance by PHA or VASH for the Enhanced Minimum Rent Agreement for $ 0.00/ mo. Indefinitely'.
----------------------------------------------------------------------------
...'LEGEND':The following document's are to be used as reference to the record-before-the-agency in .pdf's on CD/R disc,and are true
..................copies of the self-authenticated admissible evidence,or other correct copies.']:

| | |
|---|---|
| Ex.-[1.],Civil Cover Page, and Consent to Magistrate Judge | 2pgs. |
| Ex.-[2.],Application to proceed in forma pauperis | 4pgs |
| Ex.[3.],Complaint | 6pgs. |
| Ex.-[4.],Waiver of Service of Summons | 1pg. |
| Ex.-[5.],Plts. .pdf.doc,NOA,amended Mem. of Pts. and T.O.A. | 11pgs. |
| Ex.-[6.],Plt.s pdf..doc,Declarations by Mr.J.A.Hassel | 3pgs |
| Ex.-[6A.],Medical Disabilities         (see subfldr's below ) | 36pgs. |
|    Ex.-[6A1],SFGH ROI CD Applic.,with KATZ form | 5pgs |
|    Ex.-[6A2],SFGH_ROI_COPD_LabNtes_ | 6pgs. |
|    Ex.-[6A3],VA_DEV_GMD_Hiliarzone | 1pg. |
|    Ex.-[6A4],SFGH_ROI_PodCert_DMII_on12_3_14 | 7pgs. |
|    Ex.-[6A5],UCSF,ROI_POD_DMII_40yrs | 12pgs. |
|    Ex.-[6A6],SFGH_Hsebnd. and Competency Status is met | 2pgs |
|    Ex.-[6A7],SFGH_ROI_Severe CTS on 5/24/16 | 3pgs. |
| Ex.-[7.],S.T.P. Bldg. Mgrs. Listed | 1pg. |
| Ex.-[8.],Judgement Orders-Unfavorable (see sbfldrs. and sub-subfldrs below ) | 116pgs. |
|    Ex.-[8A1],PCI rev.on 4/16/16 | 4pgs |
|    Ex.-[8A2],HUD form 903,Complaint | 5pgs |
|    Ex.-[8A3],HUD reply to inquiry 4/27/16 | 3pgs |
|    Ex.-[8A4],Hassel NPCIC_on_9_27_16 | 1pg |
|    Ex.-[8A5],Hassel NPCIC_on_11_14_16 | 1pg. |
|    Ex.-[8B1],VC_AffDef. Hrg. on 8_4_16 | 12pgs. |
|    Ex.-[8B2],SFHA_IH Decision_on_9_23_16 | 7pgs. |
|    Ex.-[8B3],SFHA_IFH Not Overturned_on_1_19_17 | 2pgs. |

.HASSEL DECLARATIONS                ----['COVER  --  PAGE']----      'cont. on nxt. pg.'

```
62||  'Declarations LEGEND -cont.-'Judgement Orders Unfavorable Main Folder (see sb-sbfldrs below )',on CD/R disc.]**
63||  ================================================================================
64||  Ex.-[8B4],SFHA Resched. Hrg. on: 09/04/16-@-10am                                                    4pgs.
65||  Ex.-[8B5],SFHA annual Recert. 2016                                                                 17pgs.
66||  Ex.-[8B6],SFHA Recert signed on: 07/08/17                                                          18pgs.
67||  Ex.-[8B7],PHA no correction,by Penny Cooke,E.W.', on:09/10/13                                        1pg.
68||  Ex.-[8B8],PHA rent chg. ntc., by Beatriz Alvarez,E.W.', on : 01/25/16                                1pg.
69||  Ex.-[8B9],SFHA Ntc. of Transfer Elig. for (1bdrm) on wait list #[243.]by:Nicole T. McCray Dickerson,Prog. Mgr.III';
70||  ...... on:11/12/08                                                                                   1pg.
71||  Ex.-[8B10],Gmail POS from SFHA,Cindy Gamez,Clerk, re:'Evidence Rec'd., on:05/10/16-@-9:35 am -P.S.T.  2pgs
72||  Ex.-[8C1],VC Ntc. of POS Grievance rec'd,by M.C.,Bldg. Mgr. on: 03/08/16                             2pgs.
73||  Ex.-[8C2],VC Ntc. of POS Reply to Grievance by:Joe Pazmino,Asst. Prop. Mgr.',on:03/16/16             1pg.
74||  Ex.-[8C3],S.T.P., M.C. ,POS Tenancy Addendum.(PBV) to Tenant on: 05/12/16                           12pgs.
75||  Ex.-[8C4],S.T.P.,M.C. Prop. Mgr. Ntc. of Rent Due Demand for payment on:05/09/16                     2pgs
76||  Ex.-[8C5],S.T.P.,Joe Pazmino,Prop. Mgr. POS to Tenant Ten-Day Ntc. to Quit or Pay',on:06/21/16       2pgs.
77||  Ex.-[8C6],S.T.P. 1st & 2nd Reminder of Annual Recert. POS to Tenant on:07/01/15-to-08/08/15         16pgs
78||  Ex.-[8C7],S.T.P. Annual Recert. by: M.C.,Bldg. Mgr. cont. ,for even pages                            6pgs.
79||  Ex.-[8C9],S.T.P. 3rd ntc. of Annual Recert due. / Ntc. of Termination,by:M.C. Bldg. on :09/01/16     2pgs.
80||  Ex.-[8C10],S.T.P.,Joe Pazmino,Asst. Prop. Mgr. POS Ntc. Of Threat's to Evict for Drug Use on:09/12/16 and
81||  .....on:08/11/16   (Note He is no longer employed by S.T.P.)                                        2pgs.
82||  Ex.-[8C11],S.T.P., Joe Pazmino,Asst. Prorp. Mgr. POS 3rd Threat to evict for drug use on:12/13/16    1pg.
83||  Ex.-[8C12.],Plts. POS Citibank Statement Rent Paid History 2014-to-2015                             6pgs.
84||  Ex.-[8C13],Plts. POS Citibank Statement Rent Paid History 10/02/2016-to-03/02/2018                  2pgs.
85||  Ex.-[8C14.],Plts. POS Citibank Statement Payments This Yr. and Last Yr as of :03/21/18               1pg.
86||  Ex.-[8C15],Plts. POS from SFGH ROI DPH-form 9044.,current Reauth.,for MJ use for Arth.& Chronic pain 1pg.
87||  Ex.-[9.],Plts. POS ,S.T.P. lease agreement from :11/19/12-to present signed by M.C. Asst.,Bldg. Mgr.' 9pgs.
88||  Ex.-[10A.],Plts. POS from ,S.T.P. HUD Section 8 Project based voucher prog. signed on:05/07/16      8pgs.
89||  Ex.[10B],Plts. POS from S.T.P. website 1st. CSH - ( question is Veterans Commons a State Home ?)    4pgs.
90||  Ex.-[10C],Plts. POS from S.T.P. website 2016,2nd CSH (question is V.C. VASH domicillary care, and
91||  ....,. permanent residence for disabled senior Veterans ?)                                          2pgs.
92||  Ex.-[11A],Plts. POS from SFHA,Beatriz Alvarez,E.W., Ntc. of Rent Chg. on: 01/25/16                 13pgs.
93||  Ex.-[11B],Plts. POS from SFHA,Shu Zhang,E.W. Rent Chg. Ntc & S8- Res. Wrk. Sheet on:08/16/16        2pgs.
94||  Ex.-[12A],Plts. POS List Of V.C. HUD VASH Case Mgr's Revised                                        1pg.
95||  Ex.-[12B],Plts. POS from HUD /VASH website ,Duties and Respon. of Cse. Mgrs                         4pgs
96||  Ex.-12C],Plts. POS from HUD / VASH website ,Cse. Mgmnt. Assessment                                  4pgs.
97||  Ex.-[12D],Plts. POS from HUD /VASH website ,PHA Regulations (RA)                                    3pgs.
98||  Ex.-[12E],Plts. POS from HUD /VASH website ,What Services Do Vets Rec.                              5pgs.
99||  Ex.-[12F],Plts. POS from HUD website Policy on PBV and who is elig.                                 2pgs.
100|| Ex.-[12G],Plts. POS from PHA HCV Facts on Exclusions from income                                   4pgs.
101|| Ex.-[12H],Plts. POS from PHA HCV,Min.Rent Defined for RA                                            2pgs.
102|| Ex.-[13A]Plts. POS Gmail to SFHA NOA & Req. For Hrdshp on:11/25/16                                  6pgs.
103|| Ex.-[13B],Plts. POS Gmail Ntc. Of Annual Recert. Compl. on:07/0817                                  1pg.
104|| Ex.-[13C],Plts. POS to S.T.P. Req. For Rev. by Landlord on:11/20/17 2pos.
105|| Ex.-[14A],T.O.A., Case Citation to:['Antonioli ' --Vs. 'Harris' 9th Cir. CV.-
106|| ....No. 78-1841 on:07/11/80',Resources are Excluded'  4pgs.
107|| Ex.-[14B1],T.O.A.,HCV Regs -Title 24 eCFR-ss-(5.609)(c)(16)and (17.))(2016),Excl.of Inc 1pg.
108|| Ex.-[14B2],T.O.A.,HCV Regs-Title 24 eCFR-ss-(982.452)(2016) ,Owners Resp. 1pg.
109|| Ex.-[14B3],T.O.A.,HCV Regs Title 24 eCFR-ss-(982.153) (2016),PHA Resp.  1pg.
110|| Ex.-[14B4],T.O.A.,HCV Regs Title 24 eCFR-ss-(982.453)(2016), Owners Breach  1pg.
111|| Ex.-[14B5],T.O.A.,HCV Regs Title 24 eCFR-ss-(8.28)(a)(5)(2013),Hsg. Cert & Voucher Progs. 1pg.
112|| Ex.-[14C1],T.O.A.;D.V.A. Regs Title 38 eCFR-ss-(17.47)(c)(2016),Domicillary Care by VA   6pgs
113|| Ex.-[14C2]," "  ;" "   "   "    "  "-(17.30) (2016),Definition of medical svcs. 1pg.
114|| Ex.-[14C3]," "   "  "   "   "   " U.S.C.-ss-(1710B)(2016),Ext. Caer vSvcs. Def.  3pgs.
115|| Ex.-[14C4]," "   "  "   "   "   " e CFR-ss-( 17.111)(2016),No Co-pay & Res. Def.  3pgs.
116|| Ex.-[14C5]," "   "  "   "   "   " " " "-ss-(3.272)(2015),Excl. of VA Pen & Comp  5pgs.
117|| Ex.-[14C6]," "   "  "   "   "   " U.S.C.-ss-(1722.) Veterans Inability to defray expense 3pgs
118|| Ex.-[14C7]," "   "  "   "   "   " " " " -ss-(1730.)(2015),Catastrophically Disabled  1pg.
119|| Ex.-[14D1], " "   " ,SSA Reg Title 20 eCFR-s-(416.1210(w)(1and(2))(2013),Excl. of Res  2pgs..
120|| Ex.-[14D2], "  "   " ,Fed. Reg. Vol 75., 54287,Tue. Sept. 07,2010,Excl. From Res. in Gen.-ss- 416.1210   1pg.
121|| Ex.-[14D3], "   "   " U.S. Army Reg.'s AR-635-40,para.(4-19.)(k)), eff. 8 Feb 2008   8pgs.
122|| HASSEL DECLARATIONS      ---( 2.)--     'Cont. on nxt. pg. -- Legend T.O.A.'
```

123|| 'Declarations LEGEND -cont. Ex.-[14.],Table of Authorities - Other Federal Statutes ISO
124||================================================================================
125|| Ex.-[14D4.],T.O.A.,C.C.P. -ss-1094.5, Abuse of discretion is raised against the Defendant's Staff and H.O.'        2pgs.
126|| Ex.-[14D5],T.O.A.,F.T.C.A-28 USC-ss-(1361.),USDC compel an employee of an agency to perform. duty owed the Plaintiff  1pg.
127|| Ex.-[14D6]," "  "  "  "  "  " -ss-(2675.),Disposition by Fed Agency as Pre-requiste for claim action        1pg.
128|| Ex.-[14D7]," "  "  "  "  "  " -ss-(2672.) Admin. Adjustmnt of claims is reliefs prayed         2pgs.
129|| Ex.-[14D8]," "  "  "  "  "  "SSA, Title 42 U.S.C.-ss-(1382a)(b)(24)(2016),Vets Resources are Excluded        8pgs
130|| Ex.-[15.],SFHA IFH on DVD /R disc  40min.,taped. on:09/08/16
131|| Ex.-[16.], RESERVED For ,Plts. POS Replies by agencies         1pg.
132||==========================================['END OF LEGEND']==========================================
133||...* (4.)-['Factual / Legal Issues in dispute still unresolved']*
134||   -----------------------------------------------------------
135||............(a.)'['A]t the onset,during the first annual re-certification,S.T.P. Monique Crossley,Bldg. & Prop. Mgr. refused to grant the tenant
136||................the reasonable accomodations to exclude the resources from counting as gross income'!?
137||............(b.)'[S']ubsequently, after numerous attempts , I flied a formal Grievance on: March 07,2016 ',rec'd. on: 03/08/16 by:M.C.'.!
138||............(c.)'[T']he HUD/ VASH Case Mgr. Shannon Kissenger,M.S.W.,did not afford mediation with the landlord';'nor support from
139||................thru VA Health care system'!?
140||............(d.)'[C]onsequenlty,HUD /VASH Case Mgr.,Meshell Nicholas,L.C.S.W.,had no rent free apt's. ever by VA','fully in
141||................Mis-representation of D.V.A. and HUD /VASH reg's.!?
142||............(e.)'[F']inally, HUD / VASH,Wendy Furnas, L.C.S.W.,has been very helpfull with other medical services,but thus far was not
143||................capable of getting her Supv.,Nick Madsen,L.C.S.W.,Veterans Commons Case Mgr.'to provide adequate review of VA
144||................reg's. supporting domicillary care, and no co-payments for disabled Veterans'!?
145||    (f.)'[F']urthermore,the HUD / VASH Case Mgr's. were responsible for the Landlord not providing the annual Re-certifications
146||............. requirements .that would afford the tenant exclusion of the resources upon redisclosure on application'!?
147||............(g.)'[F']urthermore,the SFHA Informal Hearing Officer,Laura Goldin,ignored the request for reasonable accomodations
148||................and Abused her discretion upholding the SFHA Notice of Rent Increase /. Changes set forth'!
149||............(h.)'[F']urthermore,statements she made during the IFH on DVD/R ,are not consistent with HUD form 50058,in that she
150||................she stated that,there is no where I could get rent free,and HUD provides the Enhanced Minimum Rent as required'!?!
151||.......(5.)-['Remedies ,Rights,and Damages Sought']:
152||   -----------------------------------------------
153||............(a.)'[T']he USDC must view the adverse actions of the Swords-to-Plowshares, Monique Crossley,Bldg. & Prop. Mgr.', as
154||................being in violation of the laws','whereupon the Plaintiff has established the Breach-of-contract' !
155||............(b.)'[T']herefore,the position of the Defendant'(s) is not substantially justified','and the self-authenticated evidence admissible
156||................simply outweighs the tortious acts peformed, which has caused harm to the Plaintiff-Tenant-Veteran-Sr.-Disabled'!
157|| ............(c.)'['Thus: The court must Grant Summary Judgment favorably for the Plaintiff-Aggrieved Party'!
158||............(d.)'['D]amages  for a full refund of rent and deposits paid in the amount :['$15,661.00],with Treble damages for:[$48,000.00]'!
159||............(e.)'The Plaintiff believes he has the right to be Issued a SFHA Section 8 -PBV for the Enhanced Minimum Rent in the
160||....................amount of :['$0.00 /mo.],Indefinitely,with Immediate Transfer to 1-bdrm apt.,with exclusions of the resources annually'!
161||.......(6.)-['CERTIFICATION']:
162||   -----------------------
163|| ..............['I] declare under penalty of perjury that the foregoing is true and correct'.
164||....................Executed on this day,Friday :['March 23,2018],Respectfully submitted by]:
165||....................['Mr. J.A.Hassel / Plaintiff-Tenant,Veteran-Sr.-Disabled ']:
166||....................signature:["Mr. J.A.Hassel / Plaintiff-Tenant ''].
167|| HASSEL DECLARATIONS          ---(3.)--      ['E.O.F.'] ** ** **