Name: Mr. John Andrew Hassel
Address: Veterans Commons 150 Otis St.
Apt. 505, 5th.-fl., S.F., Ca. 94103
Phone Number: 4155588589
E-mail Address: purpleandgold568@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mr. John Andrew Hassel,

                Plaintiff,

vs.

Monique Crossley, Bldg. Mgr.-@-S.T.P.

                Defendant.

Case Number: CV-18-1839-DMR

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge: Donna M. Ryu, Mag. Jud.

    As the (*Plaintiff/Defendant*) Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

    - ☑ A computer with internet access;
    - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
    - ☑ A scanner to convert documents that are only in paper format into electronic files;
    - ☑ A printer or copier to create trequired paper copies such as chambers copies;
    - ☑ A word-processing program to create documents; and
    - ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: _____        Signature: _____

Name: Mr. John Andrew Hassel
Address: Veterans Commons 150 Otis St.
Apt. 505,5th.-fl.,S.F.,Ca. 94103
Phone Number: 4155588589
E-mail Address: purpleandgold568@gmail.com
*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. John Andrew Hassel,<br><br>Plaintiff,<br><br>vs.<br>Monique Crossley,Bldg. Mgr.-@-S.T.P.<br><br><br>Defendant. | Case Number: CV-18-1839-DMR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____        _____

United States District/Magistrate Judge