UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDREW HASSEL,<br><br>    Plaintiff,<br><br>    v.<br><br>MONIQUE CROSSLEY,<br><br>    Defendant. | Case No. 18-cv-01839-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 9, 16 |

On March 26, 2018, pro se Plaintiff John Andrew Hassel filed suit in this Court along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2, 3, 8.] On May 8, 2018, the court granted the IFP application, screened the complaint pursuant to 28 U.S.C. § 1915(e), and found that the complaint failed to state a claim. [Docket No. 9]. The court then ordered Mr. Hassel to file a first amended complaint by May 22, 2018. *Id*.

On May 14, 2018, Mr. Hassel filed a request for a two-week extension in which to file a first amended complaint. [Docket No. 16]. On May 17, 2018, the court granted the request and gave him until June 5, 2018 to file a first amended complaint. *Id*.

No amended complaint has been filed. Accordingly, the court ORDERS Mr. Hassel to respond by **June 18, 2018** and explain why this case should not be dismissed for failure to prosecute. Failure to respond by **June 18, 2018** may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 8, 2018



Donna M. Ryu
United States Magistrate Judge