UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDREW HASSEL,<br>         Plaintiff.<br>   v.<br>MONIQUE CROSSLEY,<br>         Defendant. | Case No. 18-cv-01839-EMC<br><br>**JUDGMENT IN A CIVIL CASE** |

( ) **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( **x** ) **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered against Plaintiff in accordance with the ORDER ADOPTING REPORT & RECOMMENDATION; AND DISMISSING ACTION FOR FAILURE TO PROSECUTE.   Plaintiff shall serve a copy of this Judgment upon defendant.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 11, 2018

_____
EDWARD M. CHEN
United States District Judge